Morrill & Shannon, for appellant; Angus Roy Shannon and Nahum Morrill, of counsel. Samuel H. Gilbert, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Henry Sierks, appellee, v. Weaver Memorial Church of the United Brethren in Christ, appellant. Gen. No. 25,668.

Fourth-class action to recover for professional services as an architect. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. O'Connor, J., dissenting. Opinion filed June 18, 1921. Rehearing denied July 1, 1921.

Cleland, Lee & Phelps, for appellant; Robert G. Phelps, of counsel. James D. Power, for appellee; Arthur H. Chetlain, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

Grace D. Luther Coulter and Edith May Curtis, appellants, v. Joseph Davidson et al., appellees. Gen. No. 25,700.

Suit by the beneficiaries under a gift over in a will, to recover from the beneficiaries under an insurance policy taken out by the life tenant and alleged to have been paid for out of the estate of decedent. Bill dismissed for want of equity. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921.

Henry W. Leman, for appellants; Frank H. Culver, of counsel. Adams, Follansbee, Hawley & Shorey, for appellees; Mitchell D. Follansbee and Fred Barth, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

Action for damages for personal injuries received by plaintiff in a collision between a street car and a funeral car belonging to appellant. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. George F. Barrett, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921.

